No. 23-11913

# In the
# United States Court of Appeals
## for the Eleventh Circuit

Georgia Second Amendment, Inc., et al.,
*Plaintiffs/Appellants*,

v.

Governor of Georgia, et al.,
*Defendants/Appellees*.

## STATUS REPORT

On October 17, 2023, this Court entered an order granting appellee Gov. Brian Kemp's motion to stay this appeal pending issuance of an *en banc* decision in *Nat'l Rifle Ass'n, et al. v. Bondi, et al.*, No. 21-12314. The order provides that the stay is set to expire at the issuance of the *en banc* decision in that case, unless otherwise ordered by the Court. By letter accompanying the order, undersigned counsel was directed to file a written status report on the 15th day of each month, indicating whether the abatement should continue.[1]

---

[1] The 15th day of March 2025 fell on a Saturday. Thus, this Status Report is being filed on March 17, the first business day following March 15.

An *en banc* decision in *Bondi* was issued on March 14, 2025, affirming the district court's grant of summary judgment in favor of the Commissioner of the Florida Department of Law Enforcement. The opinion was entered as the judgment of the Court on March 14, 2025. Accordingly, pursuant to this Court's Order of October 17, 2023, the stay in this case should expire unless otherwise ordered by this Court.

Respectfully submitted.

/s/ *Deborah Nolan Gore*
Christopher M. Carr
  *Attorney General of Georgia*
Beth Burton
  *Deputy Attorney General*
Deborah Nolan Gore
  *Senior Asst. Attorney General*

Office of the Georgia
  Attorney General
40 Capitol Square, SW
Atlanta, Georgia 30334
(404) 458-3289
dgore@law.ga.gov
*Counsel for
Defendant/Appellee Kemp*

## CERTIFICATE OF SERVICE

    I hereby certify that on March 17, 2025, I served this motion by electronically filing it with this Court's ECF system, which constitutes service on all attorneys who have appeared in this case and are registered to use the ECF system.

/s/ *Deborah Nolan Gore*
Deborah Nolan Gore